**KC ATA, Respondent,**

**v.**

**PUETT, Edith Grace, et al., Appellants.**

**No. WD 47078.**

Missouri Court of Appeals,
Western District.

July 6, 1993.

Levy & Craig, P.C., Michael L. Zevitz, Kansas City, for appellant.

Lathrop & Norquist, Jerome D. Riffel, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and ULRICH, JJ.

### ORDER

PER CURIAM.

Summary judgment was entered denying a tenant, whose lease had expired prior to the date of taking and who had not filed exceptions to commissioners' award, any interest in the award to the landlord.

Affirmed. Rule 84.16(b).

---

**Roger D. SCHROEDER and Judith A. Schroeder, Appellants,**

**v.**

**John P. HUSTON, James A. Rosenquist and Wood and Huston Bank, Respondents.**

**No. WD 46576.**

Missouri Court of Appeals,
Western District.

July 13, 1993.

Andrew C. Webb, Sedalia, for appellants.

F. Allen Speck and Charles E. Fowler, III, McDowell, Rice & Smith, Kansas City, for respondent Wood and Huston Bank.

David W. White, Sloan Listrom, Eisenbarth, Sloan and Glassman, Overland Park, KS, for respondents.

Before LOWENSTEIN, C.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment in favor of the defendant in a suit for breach of fiduciary duty and misrepresentation.

Judgment affirmed. Rule 84.16(b)